UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

**CHRISTOPHER KRIEG**

                            Plaintiff,

   -against-                                NOTICE OF APPEARANCE
                                                         14 CV 4434 (SLT)(LB)

**CITY OF NEW YORK, ET AL**,

                            Defendants.

-------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that **BETSY GINSBERG** hereby enters her appearance as counsel of record on behalf of Plaintiff, Christopher Krieg.

Dated: New York, New York

      March 25, 2015

                                                  _____/s_____
                                                  BETSY GINSBERG
                                                  *Attorney for Plaintiff, Christopher Krieg*
                                                   Civil Rights Clinic
                                                   Benjamin N. Cardozo School of Law
                                                   55 5th Avenue, 11th Floor
                                                   New York, New York 10003
                                                   (212) 790-0871
                                                   betsy.ginsberg@yu.edu