UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

Christopher Krieg,

                                               Plaintiff,        **F.R.C.P. 26(F) REPORT**

        -against-                                  14-CV-4434 (SLT) (LB)

City of New York
Det Gerard Beyrodt
Det Ryan Lane
Sgt Michael Healy,

                                               Defendants.

----------------------------------------------------------------------- x

        Plaintiff Christopher Krieg, and defendants City of New York, Beyrodt, Healy, and Lane, by their respective counsel, submit this joint written report as required by Rule 26(f) of the Federal Rules of Civil Procedure.

        1.        The parties, by their respective counsel, have conferred telephonically and discussed all discovery aspects of the above-entitled matter as provided by Rule 26(f) of the Federal Rules of Civil Procedure.

        2.        The parties discussed the possibility of settlement.

        3.        Defendants have provided Plaintiff with their initial disclosures.

        4.        Plaintiff will provide his initial disclosures by April 13, 2015 pursuant to the Court's April 2, 2015 Order.

        5.        The parties agree that discovery is needed on all of Plaintiff's claims and Defendants' defenses.

        6.        The parties agree that all fact discovery shall be completed by December 4, 2015.

        7.        The parties agree that all expert discovery shall be completed by April 8, 2016.

        8.        The parties do not believe that any other changes to the limitations on discovery are required.

| | |
|---|---|
| Betsy R. Ginsberg, Esq.<br>*Attorney for Plaintiff,*<br>*Christopher Krieg*<br>Civil Rights Clinic<br>Benjamin N. Cardozo School of Law<br>55 5th Avenue, 11th Floor<br>New York, NY 10003<br>(212) 790-0871 | ZACHARY W. CARTER<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants City of New York,*<br>*Beyrodt, Healy, and Lane*<br>100 Church Street, Room 3-176<br>New York, New York 10007<br>(212) 356-2347 |
| By:_____/s_____<br>    Betsy R. Ginsberg, Esq. | By:_____/s/_____<br>    Matthew Bridge, Esq. |

SO ORDERED:

_____
LOIS BLOOM
United States Magistrate Judge

Dated: April ___, 2015
       Brooklyn, New York

2